UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721



Northern District of California
450 Golden Gate Ave
16th Floor
San Francisco, CA 94102

RE: USA vs.
USDC No.: 1:08–MJ–00149–GSA

5-08- mj- 70387- RS

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 15, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 5.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**July 21, 2008**        /s/  **M. Sondheim**
_____
Deputy Clerk

RECEIVED BY: _____
Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

FILED
JUL 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs Osvaldo Marin-Martinez | Docket Number<br><br>Magistrate Case Number<br>1:08-MJ-00149 GSA |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT   ☐ INFORMATION   ☒ COMPLAINT   ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 8 U.S.C. § SECTION 1326

DISTRICT OF OFFENSE: Northern Dist. of CA

DESCRIPTION OF CHARGES: Re-entry of Deported Alien into U.S.A.

CURRANT BOND STATUS: __ Bail fixed at _____ and conditions were not met
✓ Government moved for detention and defendant detained after hearing in District of Arrest
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

Representation: __ Retained Counsel  ✓ Federal Defender  __ CJA Attorney  __ None

Interpreter Required? ✓ No   __ Yes   Language:

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

7.16.2008
Date

GARY S. AUSTIN, United States Magistrate Judge

## RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |

I hereby attest and certify on 7/28/08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-mj-00149 GSA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DETENTION ORDER |
| v. | ) | |
| OSVALDO MARIN-MARTINEZ, | ) | |
| Defendant. | ) | |

I hereby attest and certify on 7/21/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

**A.   Order For Detention**

After conducting a hearing on an out-of-district warrant regarding a complaint, the Court orders the above-named defendant detained pending transfer to the Northern District of California.

**B.   Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds:

_X_   By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

___   By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

**C.   Findings Of Fact**

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

(1) Nature and circumstances of the offense charged.
  _X_ (a) The crime: Illegal Re-entry Following Deportation, a violation of 8 U.S.C. § 1326, is a serious crime and carries a maximum penalty of 20 years/$250,000 fine.
  ___ (b) The offense is a crime of violence.
  ___ (c) The offense involves a narcotic drug.
  ___ (d) The offense involves a large amount of controlled substances, to wit: .

(2) The weight of the evidence against the defendant is high.

(3) The history and characteristics of the defendant including:
  _____ (a) General Factors:
    ___ The defendant appears to have a mental condition which may affect whether the defendant will appear.
    ___ The defendant has no family ties in the area.
    ___ The defendant has no steady employment.
    ___ The defendant has no substantial financial resources.
    ___ The defendant is not a long time resident of the community.
    ___ The defendant does not have any significant community ties.
    _X_ Past conduct of the defendant: Probation and parole violations/series of deportations.
    ___ The defendant has a history relating to drug abuse.
    ___ The defendant has a history relating to alcohol abuse.
    _X_ The defendant has a significant prior criminal record.
    ___ The defendant has a prior record of failure to appear at court proceedings.

    (b)   Whether the defendant was on probation, parole, or release by a court:
          At the time of the current arrest, the defendant was on:
          ____ Probation.
          ____ Parole.
          ____ Release pending trial, sentence, appeal or completion of sentence.
    (c)   Other Factors:
          _X_ The defendant is an illegal alien and is subject to deportation.
          ____ The defendant is a legal alien and will be subject to deportation if convicted.
          _X_ Other: The defendant is to be transported to the Northern District of California as soon as practicable.

(4)   The nature and seriousness of the danger posed by the defendant's release are as follows:

(5)   Rebuttable Presumptions

In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

    ____ a. That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community because the Court finds that the crime involves:
        ____ (A) A crime of violence; or
        ____ (B) An offense for which the maximum penalty is life imprisonment or death; or
        ____ (C) A controlled substance violation which has a maximum penalty of 10 years or more; or
        ____ (D) A felony after the defendant had been convicted of two or more prior offenses described in (A) through (C) above, and the defendant has a prior conviction of one of the crimes mentioned in (A) through (C) above which is less than five years old and which was committed while the defendant was on pretrial release.

    ____ b. That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:
        ____ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.
        ____ (B) That the defendant has committed an offense under 18 U.S.C. § 924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

    ____ c. That the defendant has committed an offense after April 30, 2003, involving a minor victim under sections 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of Title 18.

D.   **Additional Directives**

    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

    The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

    The defendant be afforded reasonable opportunity for private consultation with his counsel; and

    That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: __July 16, 2008__            __/s/ Gary S. Austin__


UNITED STATES MAGISTRATE JUDGE

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CRIMINAL DOCKET FOR CASE #: 1:08-mj-00149-GSA-1
### Internal Use Only

Case title: USA v. Marin-Martinez

Date Filed: 07/15/2008
Date Terminated: 07/16/2008

Assigned to: Magistrate Judge Gary S. Austin

### Defendant (1)

**Osvaldo Marin-Martinez**
*TERMINATED: 07/16/2008*

represented by **Charles J. Lee**
Federal Defender's Office
2300 Tulare Street
Suite 330
Fresno, CA 93721
559-487-5561
Fax: 559-487-5950
Email: charles_lee@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby attest and certify on 7/21/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

USA                                    represented by **Karen Ann Escobar**
                                                      United States Attorney
                                                      2500 Tulare Street
                                                      Suite 4401
                                                      Fresno, CA 93721
                                                      (559) 497-4094
                                                      Fax: (559) 497-4099
                                                      Email: karen.escobar@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2008 | 1 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Osvaldo Marin-Martinez. (Sondheim, M) (Entered: 07/16/2008) |
| 07/16/2008 | 2 | MINUTES (Text Only) for proceedings held before Magistrate Judge Gary S. Austin on 7/16/2008:INITIAL APPEARANCE re OUT OF DISTRICT WARRANT re COMPLAINT (Northern Dist of CA) as to Osvaldo Marin-Martinez HELD - defendant WAIVES I.D. Hearing. DETENTION HEARING as to Osvaldo Marin-Martinez HELD and SUBMITTED - defendant ORDERED DETAINED and TRANSPORTED back to the Northern District of CA. Osvaldo Marin-Martinez terminated. CASE CLOSED. Government Counsel K. Escobar present. Defense Counsel C. Lee (appointed) present. Custody Status: In Custody. Court Reporter/CD Number: ECRO. (Vasquez, J) (Entered: 07/16/2008) |
| 07/16/2008 | 3 | DETENTION ORDER as to Osvaldo Marin-Martinez signed by Magistrate Judge Gary S. Austin on 7/16/2008. (Vasquez, J) (Entered: 07/16/2008) |
| 07/16/2008 | 4 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Osvaldo Marin-Martinez. (Sondheim, M) (Entered: 07/17/2008) |
| 07/16/2008 | 5 | COMMITMENT to ANOTHER DISTRICT as to Osvaldo Marin-Martinez signed by Magistrate Judge Gary S. Austin on 7/16/2008. Defendant committed to Northern District of California. (Sondheim, |

| | | M) (Entered: 07/18/2008) |