JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 AUG 14  A 9:10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08 00546 JF |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. § 1326 (a) and (b) Illegal Re-Entry Following Deportation |
| OSVALDO MARIN-MARTINEZ, | |
| Defendant. | SAN JOSE VENUE |

HRL

## INFORMATION

The United States charges:

On or about April 4, 2008, the defendant

OSVALDO MARIN-MARTINEZ,

an alien, previously having been arrested and deported from the United States on or about March 5, 2001, December 30, 2003, April 12, 2005, December 22, 2006, and October 18, 2007, was found in the Northern District of California, the Attorney General of the United States

//
//
//
//

1  and the Secretary for Homeland Security not having expressly consented to a re-application by
2  the defendant for admission into the United States.
3     It is further alleged that the defendant was removed from the United States subsequent to a
4  conviction for commission of an aggravated felony.
5     All in violation of Title 8, United States Code, Sections 1326(a) and (b).
6  DATED: 8/13/2008          JOSEPH P. RUSSONIELLO
                              United States Attorney
7
8
9                             DAVID R. CALLAWAY
                              Deputy Chief, San Jose Office
10
11 (Approved as to form: _____)
            SAUSA CHAD MANDELL
12

2

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☒ INFORMATION ☒ ~~INDICTMENT~~ ☐ SUPERSEDING

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

*E-FILING*

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
08-70387 RS

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** SAUSA CHAD MANDELL

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

**DEFENDANT - U.S.**
2008 AUG 14 A 9 10
OSVALDO MARIN-MARTINEZ
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**
CR-08 00546 HRL JF

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☒ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed Month/Day/Year

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**

Date/Time: _____
Before Judge: _____

Comments: