AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_Northern_ DISTRICT OF _California_

UNITED STATES OF AMERICA

V.

_Osvaldo Marin-Martinez_

**WAIVER OF INDICTMENT**

CASE NUMBER: CR08-00546JF ~~08-70387-PVT~~

I, _Osvaldo Marin-Martinez_, the above named defendant, who is accused of

_8 U.S.C. § 1326_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _8/14/2008_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Osvaldo M. Martinez_
Defendant

_[signature]_
Counsel for Defendant

Before _Patricia V. Trumbull_
Judicial Officer